**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6067

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DOROTHY MCCROREY, a/k/a Big Dot,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:06-cr-00061-JFA-12)

Submitted:  May 28, 2009              Decided:  June 8, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorothy McCrorey, Appellant Pro Se.  Jimmie Ewing, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorothy McCrorey appeals the district court's order denying her motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCrorey, No. 3:06-cr-00061-JFA-12 (D.S.C. Dec. 18, 2008). We deny McCrorey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2